# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KENDRICK SHANE BOUDREAUX** | : | **DOCKET NO. 2:17-cv-1495** |
| **REG. # 13712-035** | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES** |
| **STEVE LANGFORD** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 21), determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petition for Writ of Habeas Corpus (Record Document 1) be **DENIED** and **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

**THUS DONE AND SIGNED** in Chambers this 19th day of June, 2018.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**